**Ronald J. Clark**, OSB #880328
E-mail:  ron.clark@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

**Steven J. Brodie**, Florida Bar #333069 (admitted *pro hac vice*)
Email: sbrodie@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower
100 SE 2nd Street, Suite 4200
Miami, Florida 33131-9101
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055

**Heidi Hudson Raschke**, Florida Bar #00631183 (admitted *pro hac vice*)
Email: hraschke@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, fka DARWIN SELECT INSURANCE COMPANY, and ALLIED WORLD SPECIALTY INSURANCE COMPANY, fka DARWIN NATIONAL ASSURANCE COMPANY,<br><br>                    Plaintiffs, | Civil No.: 3:17-cv-00519-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**Page 1**

ME1 32217346v.1

|   |   |
|---|---|
| v.<br><br>CAMBIA HEALTH SOLUTIONS, dba REGENCE BLUECROSS BLUESHIELD OF OREGON, dba REGENCE BLUESHIELD OF IDAHO, dba REGENCE BLUECROSS BLUESHIELD OF UTAH, dba REGENCE BLUESHIELD,<br><br>                      Defendant. |   |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company and Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company, and Defendant, Cambia Health Solutions, dba Regence BlueCross BlueShield of Oregon, dba Regence BlueShield of Idaho, dba Regence BlueCross BlueShield of Utah, dba Regence BlueShield, (collectively, the "Parties"), through their undersigned counsel, hereby dismiss all claims and defenses asserted by and between the Parties in the above-captioned action with prejudice. This stipulation is the result of an amicable resolution between the Parties, with each to bear its own fees and costs.

Respectfully submitted this 20th day of December 2019,

| Attorneys for Plaintiffs: | Attorneys for Defendant |
|---|---|
| *s/ Ronald J. Clark* | *s/ Joann M. Lytle* |
| Steven J. Brodie (admitted *pro hac vice*) | James T. McDermott, OSB #933594 |
| Email: sbrodie@carltonfields.com | E-mail: jmcdermott@balljanik.com |
| CARLTON FIELDS JORDEN BURT, P.A. | BALL JANIK, LLP |
| Miami Tower | 101 SW Main Street, Suite 1100 |
| 100 SE 2nd Street, Suite 4200 | Portland, Oregon 97204 |
| Miami, Florida 33131-9101 | Telephone: 503.228.2525 |
| Telephone: (305) 530-0050 | Facsimile: 503.295.1058 |
| Facsimile: (305) 530-0055 |  |

ME1 32217346v.1

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**Page 2**

Heidi Hudson Raschke
(admitted *pro hac vice*)
Email: hraschke@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

Ronald J. Clark
E-mail: ron.clark@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Joann M. Lytle, Pennsylvania Bar #59281
(admitted *pro hac vice*)
E-mail: jlytle@mccarter.com
McCARTER & ENGLISH, LLP
1600 Market Street, Suite 3900
Philadelphia, PA 19103
Telephone: 215.979.3800
Facsimile: 215.979.3899

Jennifer Black Strutt, Connecticut Bar
#423238 (admitted *pro hac vice*)
E-mail: jstrutt@mccarter.com
McCARTER & ENGLISH, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone: 203.399.5921
Facsimile: 203.399.5821

ME1 32217346v.1

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**Page 3**